# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **APRIL BRANDT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:15CV59** |
| | ) | |
| V. | ) | |
| | ) | |
| **UNMC PHYSICIANS, A Nebraska** | ) | **ORDER** |
| **Not-For-Profit Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the Court upon the motion of Bryan Hatch and Jarrod Reece to withdraw as counsel for Defendant. (Filing 4.) Upon the representation that Defendant will remain represented in this matter, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion for Leave to Withdraw as Counsel (filing 4) is granted.

2. The Clerk of Court shall terminate the appearances of Bryan Hatch and Jarrod Reece as attorneys of record for Defendant and terminate future notices to them in this matter.

**DATED February 25, 2015.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**