IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| APRIL BRANDT, | ) | Case No. 8:15CV59 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| UNMC PHYSICIANS, a Non-profit Corporation, | ) | |
| Defendant. | ) | |

Upon notice of settlement through mediation, given to the magistrate judge by Kelly Brandon, counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **September 9, 2015,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for August 10, 2015, is cancelled upon the representation that this case is settled.

Dated: August 10, 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge