## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APRIL BRANDT,<br><br>                    **Plaintiff,**<br><br>          **vs.**<br><br>**UNMC PHYSICIANS, A Nebraska Not-For-Profit Corporation;**<br><br>                    **Defendant.** | **8:15CV59**<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the Parties' Stipulation for Dismissal with Prejudice (Filing No. 22). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Parties will pay their own costs. Accordingly,

IT IS ORDERED:

1. The Parties' Stipulation for Dismissal with Prejudice (Filing No. 22) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs or attorney's fees.


Dated this 19th day of October, 2015

                              BY THE COURT:

                              s/Laurie Smith Camp
                              Chief United States District Judge